**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                  Case Number:    FILED: AUGUST 20, 2008
                                                                  08CV4731
Cincinnati Insurance Company vs. Weis Builders, Inc; Renee Russotto
                                                                  JUDGE GOTTSCHALL
                                                                  MAGISTRATE JUDGE BROWN

                                                                  PH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Cincinnati Insurance Company

---

NAME (Type or print)
Omar S. Odland

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
        s/Omar S. Odland

FIRM  Litchfield Cavo LLP

STREET ADDRESS  303 W. Madison, Suite 300

CITY/STATE/ZIP  Chicago, IL 60606

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6237804    TELEPHONE NUMBER  312-781-6660

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

  RETAINED COUNSEL                    APPOINTED COUNSEL