IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) ) ) | FILED: AUGUST 20, 2008<br>08CV4731<br>JUDGE GOTTSCHALL |
| Plaintiff, | ) ) | No.   MAGISTRATE JUDGE BROWN |
| vs. | ) ) | PH |
| WEIS BUILDERS, INC. and RENEE RUSSOTTO, an individual, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Cincinnati Insurance Company submits the following disclosures:

1. Pursuant to Local Rule 3.2, Cincinnati Financial Corporation is an "affiliate" of Cincinnati Insurance Company, as that term is defined in the Rule. There are no other affiliates.

2. Pursuant to Federal Rule of Civil Procedure 7.1(a), Cincinnati Financial Corporation owns more than 10% of the publicly held stock of Cincinnati Insurance Company. There are no other entities that own more than 10% of the publicly held stock.

Respectfully submitted,
LITCHFIELD CAVO, LLP

 S/Omar S. Odland
Attorney for Cincinnati Insurance Company

Hope G. Nightingale (06184864)
Omar S. Odland (6237804)
LITCHFIELD CAVO LLP
303 W. Madison

Suite 300
312/781-6614 (Ms. Nightingale)
312/781-6660 (Mr. Odland)
312/781-6630 (fax)