**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:

Cincinnati Insurance Company vs. Weis Builders, Inc; Renee Russotto

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Cincinnati Insurance Company

| |
|---|
| NAME (Type or print)<br>Hope G. Nightingale |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/Hope G. Nightingale |
| FIRM  Litchfield Cavo LLP |
| STREET ADDRESS  303 W. Madison, Suite 300 |
| CITY/STATE/ZIP  Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6184864 | TELEPHONE NUMBER  312-781-6614 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br>  RETAINED COUNSEL                               APPOINTED COUNSEL |