IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 CV 4731 |
| vs. | ) ) | Judge Gottschall |
| WEIS BUILDERS, INC. and RENEE RUSSOTTO, an individual, | ) ) ) ) | Mag. Judge Brown |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, Cincinnati Insurance Company, voluntarily dismisses this action and states as follows:

1. This declaratory judgment action arose out of a suit filed by Renee Russotto to recover damages from Weis Builders, Inc., captioned as *Russotto v. Weis Builders, Inc.*, case no. 06 L 9537, pending in the Circuit Court of Cook County, Illinois (the "*Russotto* Suit").

2. Weis Builders, Inc. tendered the *Russotto* Suit to Cincinnati Insurance Company as a putative additional insured on a policy of insurance Cincinnati issued to Just Rite Acoustics, Inc.

3. Cincinnati filed this declaratory judgment action to obtain a declaration that it was not obligated to defend or indemnify Weis Builders in the *Russotto* Suit.

4.	In the time since Cincinnati filed this declaratory judgment action, Weis Builders has withdrawn its tender of the *Russotto* Suit.

5.	To date, no defendant has answered or filed a motion for summary judgment in this action.

WHEREFORE, for the foregoing reasons, Cincinnati Insurance Company voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Respectfully submitted,

LITCHFIELD CAVO LLP

By:＿＿S/Omar S. Odland＿＿＿＿
One of the Attorneys for Cincinnati Insurance Company

Hope G. Nightingale (06184864)
Omar S. Odland (6237804)
LITCHFIELD CAVO LLP
303 W. Madison
Suite 300
312/781-6614 (Ms. Nightingale)
312/781-6660 (Mr. Odland)
312/781-6630 (fax)

2